UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-81510-Civ-Brannon

JANET BARRIOS and JUAN ROMAN,

    Plaintiffs,

vs.

RIC S. BRADSHAW, as Sheriff of Palm Beach County, in his official capacity, CHRISTOPHER WILSON, and MICHAEL S. MILLER,

    Defendants.

_____/

## **ORDER CLOSING CASE**

**THIS CAUSE** is before the Court upon a Joint Stipulation of Dismissal With Prejudice (DE 77), according to which the parties agree to the dismissal of this case with prejudice, with each party to bear their own costs and attorney's fees. As the Joint Stipulation is signed by counsel for both parties, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court

**ORDERS AND ADJUDGES** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 14th day of July, 2017.

                                             DAVE LEE BRANNON
                                             U.S. MAGISTRATE JUDGE